## IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | | |
|---|---|---|
| IN RE: | } | Case No. 19-31240 |
| | } | |
| Chardett L. Hagan | } | Chapter 13 |
| | } | Hon. Judge Thomas H. Fulton |
| | } | |
| Debtor | } | |

### MOTION TO DISMISS CHAPTER 13 CASE

COMES the Debtor, by and through counsel, and moves this Court to allow her to voluntarily dismiss her Chapter 13 Bankruptcy, stating as follows:

1. Debtor filed her Chapter 13 Petition on April 17, 2019. Debtor's Chapter 13 Plan has not been cofirmed.

2. Debtor no longer wishes to remain in her Chapter 13 bankruptcy .

Wherefore, Debtor respectfully requests that the Court dismiss her Chapter 13 case, without prejudice.

Respectfully submitted,

/s/ Alisha D. Triplett
Alisha D. Triplett
4300 Outer Loop, Ste. 8
Louisville KY 40219
(502) 322-5920

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Debtor's Motion to Dismiss Chapter 13 was electronically transmitted on or about the 26th day of June, 2019 via the Court's CM/ECF system to all creditors listed on the Court's Electronic Mail Notice list.

/s/ Alisha D. Triplett
Alisha D. Triplett
Attorney for Debtor
4300 Outer Loop; Ste. 8
Louisville KY 40219
(502) 322-5920; Fax (502) 969-2733
Alisha_Triplett@yahoo.com
